# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

BASIL AL-ASBAHI

*Plaintiff(s)*

v.

THE WEST VIRGINIA UNIVERSITY BOARD OF GOVERNORS, et al.

*Defendant(s)*

Civil Action No.   1:15-cv-144

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award      ☐ Judgment costs      ☐ Other

This action was:

☐ tried by jury      ☐ tried by judge      ☒ decided by judge

decided by Judge  Irene M. Keeley

The Court GRANTS the Defendants' 49 Motion for Summary Judgment; DENIES Al-Asbahi's 52 Motion for Partial Summary Judgment; DISMISSES Counts I, II, III and IV of the Complaint WITHOUT PREJUDCE as they apply to the WVU Board and the official capacity defendants, but WITH PREJUDICE as they apply to the individual capacity defendants; and DISMISSES Counts V, VI, and VII of the Complaint WITHOUT PREJUDICE.

Date:   1/30/2017

*CLERK OF COURT*
Cheryl Dean Riley

M. Hare

*Signature of Clerk or Deputy Clerk*